# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00289-CV

### In re Christopher L. Graham

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Christopher L. Graham has filed an application for writ of habeas corpus associated with his appeals from the trial court's contempt penalties in cause numbers 03-14-00270-CV and 03-14-00271-CV. He asserts that he is entitled to a personal recognizance bond under section 21.002 of the government code and that the $5,000 "cash appeal bond" set by the trial court violates that statute, his constitutional rights, and the code of criminal procedure. However, we have not been provided with copies of any of the orders involved in this case, a copy of a proper motion for a personal recognizance bond, or any record from the trial court proceedings. *See* Tex. Gov't Code § 21.002(d) (officer who is held in contempt "shall, *on proper motion*," be released on personal recognizance (emphasis added)). Graham has not established his entitlement to a personal recognizance bond or that the trial court has abused its discretion in the underlying contempt proceedings. We deny Graham's application for writ of habeas corpus.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   May 8, 2014